AO 91 (Rev.11/11) Criminal Complaint

## United States District Court
### for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 24, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff,* | ) |
| | ) Case No.: 2:26-mj-00226-JAG |
| v. | ) |
| STEVEN ST. PETER, | ) |
| *Defendant.* | ) |

### CRIMINAL COMPLAINT

I, Keegan Stanley, Criminal Investigator DUSM, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) April 22, 2026, in the county of Spokane in the Eastern District of Washington, the defendant, STEVEN ST. PETER violated: 18 United States Code, Sections, 751(a), 4082(a) – *Escape from custody.* This complaint is based on these facts:

☒Continued on the attached sheet.

_____
*Keegan Stanley*
*Complainant's signature*

Keegan Stanley, Criminal Investigator DUSM
_____

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

_____
*Judge's signature*

Date: __**April 24, 2026**__

City and state: Spokane , Washington

James A. Goeke, United States Magistrate Judge
_____